NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000708**
**15-NOV-2017**
**08:48 AM**

NO. CAAP-17-0000708

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


JAYNA L. FERNANDEZ,
Claimant-Appellant,
v.
TOKYO TEI, INC. and ISLAND INSURANCE CO., LTD.,
Employer/Insurance Carrier-Appellee.


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-135(M); 7-16-01232)


ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the "Notice of Withdrawal of
Appeal," which we construe as a motion to withdraw the appeal,
filed by Appellant Jayna L. Fernandez (**Appellant**), pro se, on
October 26, 2017, the papers in support, and the record, and
noting no opposition, it appears that Appellant seeks to dismiss
the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 15, 2017.

Chief Judge

Associate Judge

Associate Judge